# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| OVIDUI ENE, | 2:08-cv-1550-LDG-LRL |
| Plaintiff, | |
| v. | **ORDER** |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, et al., | |
| Defendants. | |

Counsel for Plaintiff Ovidui Ene has filed an unopposed motion to withdraw as counsel for Ene (#54).  Good cause appearing,

THE COURT HEREBY ORDERS that the motion to withdraw (#54) is GRANTED.

THE COURT FURTHER ORDERS that within twenty (20) days from the date of the entry of this order, Plaintiff Ovidui Ene shall make a substitution of attorney according to the local rules, or shall file a notice indicating that he is undertaking his own representation.  Failure to comply with this deadline may result in dismissal of Ene's claims.

DATED this 27 day of January, 2011.

_____
Lloyd D. George
United States District Judge