UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| OVIDUI ENE,<br><br>         Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, et al.,<br><br>         Defendants. | 2:08-cv-1550-LDG-LRL<br><br>**ORDER** |

   On January 27, 2011, this court ordered Plaintiff Ovudui Ene, within twenty days, to either make a substitution of attorney according to the local rules, or notify the court that he would be undertaking his own representation. The also court specifically instructed Ene that failure to comply with that deadline could result in dismissal of his remaining claims. More than double the time allotted having transpired without any correspondence or reply,

   THE COURT HEREBY ORDERS that this case is DISMISSED.

   DATED this ____ day of March, 2011.

_____
Lloyd D. George
United States District Judge